# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ROSSALL,<br><br>                        Appellant,<br>   vs.<br>GREGORY A. AKERS,<br><br>                        Appellee. | CASE NO. 06CV1621-BEN (NLS)<br><br>**SCHEDULING ORDER** |

     A notice of bankruptcy appeal has been filed in this case. Appellant shall file her opening brief on or before **January 8, 2007**. Appellee shall have until **January 24, 2007** to file an answering brief. Appellant may file a reply on or before **February 5, 2007**. The matter may be taken under submission without oral argument. After review of the fully-briefed matter, the parties will be notified of an oral argument hearing date, if any.

     **SO ORDERED**.

DATED: December 4, 2006

_____
Hon. Roger T. Benitez
United States District Judge