Dean T. Kirby, Jr.     090114
Leonard J. Ackerman 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile:  (619) 685-4004

Attorneys for Appellant Kimberley Rossall

# UNITED STATES DISTRICT COURT

## Southern District of California

| | |
|---|---|
| KIMBERLEY ROSSALL | Case No. 06 CV 1621-BEN (NLS) |
| Appellant | ORDER DISMISSING APPEAL |
| v. | |
| GREGORY A. AKERS, TRUSTEE | |
| Appellee. | |

Upon the joint motion of the parties, this appeal is dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 22, 2007

Hon. Roger T. Benitez
United States District Judge